IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**TERENCE K. BETHEA,**

    **Plaintiff,**

v.                                                        **Civil Action No. 2:07cv102**
                                                       **(Judge Maxwell)**

**JOYCE FRANCIS, RONALD RIKER,**
**JOHN O'BRIEN, JOHN OR JANE DOES,**

    **Defendants.**

## ORDER GRANTING PLAINTIFF'S MOTION TO CLARIFY RECORD

Upon due consideration, the plaintiff's Motion to Clarify the Record (dckt. 9) is **GRANTED to the extent** that the information contained within the motion will remain as filed and will be considered by the Court in determining the plaintiff's pauper status.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* plaintiff.

DATED: December 21, 2007.

*John S. Kaull*

                                        JOHN S. KAULL
                                        UNITED STATES MAGISTRATE JUDGE